Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

## UNITED STATES COURT DISTRICT COURT

## DISTRICT OF OREGON

**JEANNE A. NORTON, fka**
**JEANNE A. NORRIS,**

                Plaintiff,

     vs.

Commissioner of Social Security
Administration,

               Defendant.
_____

Civil No. 6:19-cv-1212-BR

**SUPPLEMENTAL ORDER**
**APPROVING ATTORNEY FEES**
**PURSUANT TO 42 U.S.C. §406(b)**

     After considering Plaintiff's Motion, and counsel for Defendant having no objection,

Plaintiff's Motion is hereby granted in the sum of $10,416.65 withheld from Ms. Norton's

past-due Title II Disability Insurance Benefits ("DIB") to pay her attorneys.  Any past-due

benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall

SUPPLEMENTAL ORDER APPROVING §406(b) ATTORNEYS FEES -          1

be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.  There are no other costs.

      IT IS SO ORDERED this day of April 14, 2022

                    /s/ Anna J. Brown

                    _____

                    U.S. District Senior Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff

SUPPLEMENTAL ORDER APPROVING §406(b) ATTORNEYS FEES -      2